FILED
2025 SEP 26 PM 4:03
CLERK
U.S. DISTRICT COURT

United States District Court Of

Utah, Utah District Court

Name: Alexander Harrison West

Case: 1:25-cv-00150
Assigned To : Pead, Dustin B.

Phone: 801-725-0129

Address: 2095 S. Main St Apt 8

Bountiful, UT 84010

Email: Aldogg21@hotmail.com

Court Address: 351 S. West Temple St

Salt Lake City, UT 84101

PF Changs China Bistro

8377 E. Hartford Dr Suite 200

Scottsdale, AZ 85255

1-480-888-3000

**PF Changs China Bistro Complaint for not accommodating me and adjusting my schedule and retaliation against me ADA claim:**

I come to find out that PF changs will get in trouble for not adjusting my schedule because I have Autism Spectrum as it's a violation of the Americans with Disabilities Act to fail to proved reasonable accommodation as it should not conflict due hardship to PF Changs. The ADA protects individuals with disabilities from discrimination and mandates that PF changs should engage in an interactive process to determine and provide necessary accommodations. Failing to do so can lead to legal action and financial penalties. Because I verbally asked for time off multiple times I was not given time off. For example, my now deceased father gave his tickets to our neighbors. My own father has asked me to come as a tradition and such. I have been denied access to these games that my neighbors pay thousands of dollars each year. Also I have also asked to have a set schedule so it does not conflict with doctors appointments and other things that are very important. Also PF changs is required by law to make reasonable adjustments to policies, practices and procedures for my disability. Modified schedules per week is an accommodation and PF changs failed to do so. They will get in a lot of trouble for that legally. PF changs can face legal action for managers violent and retaliatory actions. As Ryan Bailey was extremely hostile towards me for accidentally bumping into an associate. He mad me cry. That's a big no no. Huge violation for sure for retaliation. Also with Aaron Dryden and Jarod Montez being very disrespectful towards me and hostile. That is another big violation. Aaron throwing plates at me and ramicuns is not a legitimate reason to get mad at someone. You cannot do that at all in the workplace. That's grounds for a

violation also. You need to be nice and gentle. Don't just throw things at me and my coworkers. Its childish. And is not wanted in the workforce. These violations would serve as a liability to the company. PF changs did not provide me with a safe workplace. Osha is required for PF changs to have me at a safe work environment. From which they did not provide a safe work environment due to my Autism. Throwing plates and objects and ramicuns is a criminal act of physical violence. This type of behavior is called illegal retaliation and can pursue an EEOC lawsuit. And that's what PF Changs is all about. They don't care about their employees, have a skeleton crew, and never allow breathers or breaks because ur going go go. The job is extremely physical and can hurt your body. I have asked for breaks and never get one. That's super frustrating. I have a witness named Chayito Woosley. She is an employee that works there. She is the one that witnessed the retaliation from Aaron Dryden. It was uncalled for. Discrimination was involved because it was intimidating for PF Changs to engage in an offensive atmosphere. That's the restaurant business for you. PF changs should not allow hostile environment to be there in their restaurant. That would be a huge violation under the ADA act. Also PF Changs was well aware of the hearing impairment. I spoke to them about it. They were yelling at me. You can get in serious trouble with the law for yelling and screaming at an employee for no reason. PF changs engaged in disability-based harassment by yelling at me knowing that I had a disability is a huge ADA violation. Failure to provide reasonable accommodation will be a huge ADA violation also. I want PF changs to understand this is a serious matter of what happened. I know there was some stuff that happened a while ago with the emailing back and forth because I had told the manager I am

turning in a complaint with all this matter that has happened. The gave me a

raise, but that did not solve anything. It just made things a lot worse than it was. I also emailed the manager to adjust my schedule and all of the managers refused to do so. That is extremely illegal and needs to be taken legal action also. The set schedule is a huge problem with PF changs as they failed to accommodate my Autism. Again I have asked numerous amount of times for time off, schedule changes, and accommodations and all of these matters failed to do so. I am asking for compensation at $300,000 and punitive damages at $300,000 and front pay and back pay if they cant hire me back as an employee and remove the negative feedback on my background for however we figure this out. I hope we can come to a resolution for this matter because this matter was out of line with PF changs. I would still be working here if they would have changed their ways but they did not change their ways. That is bad for business. That's not how you run a business and not take care of your employees. Its not ok at all. That's also grounds for legal action which I am doing at this very moment. I hope to get this resolved soon. Hope for some answers and such.

Thanks

/s/Alexander Harrison West //

Alexander Harrison West 09/26/25