FILED
2025 SEP 26 PM 4:13
CLERK
U.S. DISTRICT COURT

An official website of the United States government Here's how you know

Due to current HHS and NIH restructuring, some content on nimh.nih.gov is not being updated regularly. Please refer to nih.gov.



# Autism Spectrum Disorder




Download PDF

En español

## What is autism spectrum disorder?

Autism spectrum disorder (ASD) is a neurological and developmental disorder that affects how people interact with others, communicate, learn, and behave. Although autism can be diagnosed at any age, it is described as a "developmental disorder" because symptoms generally appear in the first two years of life.

According to the *Diagnostic and Statistical Manual of Mental Disorders (DSM-5)*, a guide created by the American Psychiatric Association that health care providers use to diagnose mental disorders and developmental disorders, people with ASD often have:

- Difficulty with social communication and interaction with other people
- Restricted interests and repetitive behaviors
- Symptoms that affect their ability to function in school, work, and other areas of life

Autism is known as a "spectrum" disorder because people with autism have a range of characteristics, needs, strengths, and challenges.

People of all ages, races, ethnicities, sexes, and economic backgrounds can be diagnosed with ASD. Although ASD can be a lifelong disorder, treatments, services, and supports can improve a person's health, well-being, and daily functioning. The American Academy of Pediatrics recommends that all children receive screening for autism. Caregivers should talk to their child's health care provider about ASD screening or evaluation.

## What are the signs and symptoms of ASD?

The list below gives some examples of different types of behaviors that are common among people diagnosed with ASD. Not all people

Social communication and social interaction behaviors may include:

- Making little or inconsistent eye contact
- Appearing not to look at or listen to people who are talking
- Infrequently sharing interest, emotion, or enjoyment of objects or activities (including infrequently pointing at or showing things to others)
- Not responding or being slow to respond to one's name or other verbal bids for attention
- Having difficulties with the back and forth of conversation
- Often talking at length about a subject of interest without considering social cues or conversational give-and-take
- Displaying facial expressions, movements, and gestures that do not match what is being said
- Having an unusual tone of voice that may sound flat, lacking emotion or tonal variation
- Having trouble understanding another person's point of view or being unable to predict or understand other people's actions
- Difficulties adjusting behavior to different social situations
- Difficulties sharing in imaginative play or in making friends

Restrictive/repetitive behaviors may include:

- Repeating certain behaviors or having unusual behaviors, such as repeating words or phrases (a behavior called echolalia)
- Having a lasting intense interest in specific topics, such as numbers, details, or facts
- Showing overly focused interests, such as with moving objects or with parts of objects
- Becoming upset by slight changes in a routine and having difficulty with transitions

Autistic people often have sensory differences such as:

- Being more sensitive or less sensitive than other people to sensory input, such as light, sound, clothing, or temperature

People with ASD also may experience sleep problems and irritability.

People on the autism spectrum also may have many strengths, including:

Menu

- Being able to learn things in detail and remember information for long periods of time
- Being strong visual and auditory learners
- Excelling in math, science, music, or art

## What causes ASD?

Researchers do not know the primary causes of ASD, but studies suggest that a person's genes and aspects of their environment may affect development in ways that lead to ASD. Some factors that are associated with an increased likelihood of developing ASD include:

- Having a sibling with ASD
- Having older parents
- Having certain genetic conditions (such as Down syndrome or Fragile X syndrome)
- Having a very low birth weight

Not everyone who has these factors will develop ASD.

## How is ASD diagnosed?

Health care providers diagnose ASD by evaluating a person's behavior and development. ASD can usually be reliably diagnosed by the age of 2. It is important to seek an evaluation as soon as possible. The earlier ASD is diagnosed, the sooner treatments and services can begin.

### Diagnosis in young children

Diagnosis in young children is often a two-stage process.

Stage 1: General developmental screening during well-child checkups

f X in

Every child should receive well-child checkups with a pediatrician or an early childhood health care provider. The American Academy of Pediatrics recommends that all children receive screening for developmental delays at their 9-, 18-, and 24- or 30-month well-child visits, with specific autism screenings at the 18- and 24-month well-child visits. A child may receive additional screenings if they have an increased likelihood of developing ASD or developmental problems.

Considering caregivers' experiences and concerns is an important part of the screening process for young children. The health care provider may ask questions about the child's behaviors and evaluate those answers together with information from ASD screening tools and clinical observations of the child. Learn more about ASD screening on the Centers for Disease Control and Prevention (CDC) website.

The health care provider may refer the child for additional evaluation if they show developmental differences in behavior or functioning during this screening process.

### Stage 2: Additional diagnostic evaluation

It is important to accurately detect and diagnose children with ASD as early as possible, as this will shed light on their unique strengths and challenges. Early detection can also help caregivers determine which services, educational programs, and behavioral therapies are most likely to be helpful for their child.

A team of health care providers who have experience diagnosing ASD will conduct the diagnostic evaluation. This team may include child neurologists, developmental behavioral pediatricians, speech-language pathologists, child psychologists and psychiatrists, educational specialists, and occupational therapists.

The diagnostic evaluation is likely to include:

- Medical and neurological examinations
- Assessment of the child's cognitive abilities
- Assessment of the child's speech and language abilities
- Observation of the child's behavior
- An in-depth conversation with the child's caregivers about the child's behavior and development
- Assessment of age-appropriate skills needed to complete daily activities independently, such as eating, dressing, and toileting
- Questions about the child's family history

Menu

Because ASD is a complex disorder that sometimes occurs with other conditions or learning disorders, the comprehensive evaluation may include blood tests and a hearing test.

The outcome of this evaluation may result in a formal diagnosis and recommendations for treatment.

## Diagnosis in older children and adolescents

Caregivers and teachers are often the first to recognize ASD symptoms in older children and adolescents. The school's special education team may perform an initial evaluation and then recommend that a child receive additional evaluation from their primary health care provider or a health care provider who specializes in ASD.

A child's caregivers may talk with these health care providers about the child's social difficulties, including problems with subtle communication. These subtle communication differences may include problems understanding tone of voice, facial expressions, or body language. Older children and adolescents may have trouble understanding figures of speech, humor, or sarcasm. They also may have challenges forming friendships with peers.

It is also important for the health care provider to learn about the child's strengths so they can tailor their recommendations for services and supports.

## Diagnosis in adults

Diagnosing ASD in adults is often more difficult than diagnosing ASD in children. In adults, some ASD symptoms can overlap with symptoms of mental disorders such as an anxiety disorder or attention-deficit/hyperactivity disorder (ADHD).

f X in

Adults who have questions about whether they may be on the autism spectrum should talk with a health care provider and ask for a referral for an ASD evaluation. Although evaluation for ASD in adults is still being refined, adults can be referred to a neuropsychologist, psychologist, or psychiatrist who has experience with ASD. The expert will ask about:

- Social interaction and communication challenges
- Sensory issues
- Repetitive behaviors
- Restricted interests

The evaluation may also include a conversation with caregivers and family members to learn about the person's early developmental history, which can help ensure an accurate diagnosis.

Obtaining a correct diagnosis of ASD as an adult can help people understand past challenges, identify personal strengths, and find the right kind of help. Studies are underway to determine the types of services and supports that are most helpful for autistic transition-age youth and adults.

## What treatments and services are available for ASD?

Interventions, services, and supports for ASD are most effective when they begin as soon as possible after diagnosis. Receiving appropriate care and services can help address a person's specific needs and challenges while also helping them learn new skills and build on their strengths.

People with ASD have a wide range of issues and needs, which means there is no single best approach. Working closely with health care and service providers is an important part of finding the right combination of interventions, services, and supports.

### Interventions and Services

People with ASD may be referred to health care and service providers who specialize in various intervention approaches, including behavioral, psychological, educational, occupational, physical, or speech-language therapy. These interventions and services are often highly structured and intensive and may involve caregivers, siblings, and other family members. These programs may help people:

Menu

- Learn social, communication, and language skills
- Manage behaviors that interfere with daily functioning and well-being
- Increase or build on strengths
- Learn life skills for living independently
- Find housing, educational supports, and job coaching or training

### Medication

A health care provider may prescribe medication to treat specific symptoms, including:

- Aggression
- Anxiety and depression
- Attention
- Hyperactivity
- Irritability
- Repetitive behavior
- Self-injurious behavior

Read the most up-to-date information on medication, side effects, and warnings on the U.S. Food and Drug Administration (FDA) website.

### Finding services, programs, and resources

Many services, programs, and other resources are available to help people with autism and their families. Here are some tips for

- Contact a health care provider, local health department, school, community center, or autism advocacy group to learn about special programs or local resources.
- Find an autism support group. Sharing information and experiences can help people with autism and their caregivers learn about treatment options and autism-related programs.
- Keep records of your conversations and meetings with health care providers and teachers. This information helps when it is time to decide which programs and services are appropriate.
- Keep copies of health care reports and evaluations. This information may help people with autism qualify for special programs.

## Where can I learn more about ASD?

For more information about ASD, visit:

- Centers for Disease Control and Prevention
- *Eunice Kennedy Shriver* National Institute of Child Health and Human Development
- Interagency Autism Coordinating Committee
- National Institute on Deafness and Other Communication Disorders

## What are clinical trials and why are they important?

Clinical trials are research studies that look at ways to prevent, detect, or treat diseases and conditions. These studies help show whether a treatment is safe and effective in people. Some people join clinical trials to help doctors and researchers learn more about a disease and improve health care. Other people, such as those with health conditions, join to try treatments that aren't widely available.

NIMH supports clinical trials across the United States. Talk to a health care provider about clinical trials and whether one is right for you. Learn more about participating in clinical trials.

## For more information

Menu

Learn more about mental health disorders and topics. For information about various health topics, visit the National Library of Medicine's MedlinePlus resource.

## Reprints

The information in this publication is in the public domain and may be reused or copied without permission. However, you may not reuse or copy images. Please cite the National Institute of Mental Health as the source. Read our copyright policy to learn more about our guidelines for reusing NIMH content.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES

National Institutes of Health

NIH Publication No. 25-MH-8084

Revised 2025

## Disclaimer

We link to external websites for informational purposes only, but we do not endorse or guarantee their accuracy. Once you leave our site, you will be subject to the new website's privacy policy. Read NIMH's full external linking policy for more information.

NIMH Resources Policies and Notices Federal Resources

Health Topics
Brochures and Fact Sheets
Contact Us
Información en español
Privacy Policy
Website Policies
FOIA
Accessibility
HHS Vulnerability Disclosure
National Institutes of Health (NIH)
NIH Virtual Tour
U.S. Department of Health and Human Services
USA.gov

The National Institute of Mental Health (NIMH) is part of NIH, a component of the U.S. Department of Health and Human Services.

Menu

AI Overview

For an autistic adult preparing for a court appearance, it is crucial to understand and exercise your rights under the Americans with Disabilities Act (ADA) to receive reasonable accommodations. Informing your attorney and the court about your diagnosis is the first step toward preventing misinterpretations of autistic traits, which are often mistakenly perceived as a lack of remorse or dishonesty.

## Potential challenges for autistic adults in court

Courtrooms can be overwhelming and confusing due to their neurotypical-centric procedures. Autistic individuals may face specific challenges that the ADA aims to address.

- **Misinterpretation of demeanor:** Traits like avoiding eye contact, unusual vocal tone, or a flat affect can be misconstrued as being dishonest, evasive, or lacking remorse by judges and juries.
- **Sensory overload:** Courtrooms are often crowded, noisy, and have bright lights. These conditions can trigger sensory overload, making it difficult to focus, process information, or answer questions accurately.
- **Difficulty with communication:** Many autistic individuals need more time to process and respond to questions. A rushed, high-pressure environment can hinder effective communication.
- **Misunderstanding social cues:** The complex and unspoken social rules of a courtroom can be difficult to navigate, and misunderstandings may be misinterpreted as inappropriate or disrespectful behavior.
- **Executive functioning difficulties:** The stress of a court appearance can exacerbate issues with executive functioning, such as organization and memory, which are already challenging for many autistic people.

## Your rights under the ADA

reasonable modifications to policies and procedures to prevent discrimination.

## Common accommodations for autistic adults in court

Your attorney can help you determine which accommodations are most appropriate for your specific needs.

## Communication support

- **Plain-language materials:** Request written information about courtroom processes using straightforward, simple language.
- **Visual supports:** Use visual aids or communication devices to help you follow along and communicate effectively.
- **Written responses:** If speaking under pressure is difficult, you can ask for permission to provide some responses in writing.
- **Modified questioning:** You can request that questions be simplified and that you be given extra time to process information and formulate your answers.
- **Communication support person:** An attorney can request that a support person, familiar with your communication style, be present to help clarify information.

## Adjustments for sensory needs

- **Modify the environment:** A courtroom's sensory environment can sometimes be modified. You may be able to request dimmed lighting or the use of noise-canceling headphones.
- **Alternative testimony arrangements:** In some situations, an autistic person may be permitted to testify by video from a quiet, private room.
- **Advance preparation:** If possible, you can visit the courtroom beforehand to become familiar with the environment and reduce anxiety.
- **Warning about security:** Be prepared for security screenings, such as metal detectors, by knowing what to expect in advance.

## Procedural modifications

- **Strategic breaks:** You can ask for more frequent or pre-scheduled breaks to avoid becoming overwhelmed.

misunderstandings.

## How to request accommodations

1. **Inform your attorney:** The first and most crucial step is to inform your attorney about your autism diagnosis and discuss your specific needs. They can advise you on the most effective way to proceed.

2. **File an official request:** Your attorney will typically contact the court's ADA Coordinator to formally request accommodations. Many courts have specific forms for this purpose.

3. **Provide documentation:** You may need to provide a letter or report from a treating professional, such as a psychologist or doctor, that outlines your diagnosis and explains how it impacts your ability to participate in the court process.

4. **Submit the request in advance:** It is critical to request accommodations as far in advance as possible to give the court time to review and arrange for them.

***Disclaimer:*** *This information is for informational purposes only and does not constitute legal advice. You should always consult with a qualified attorney to discuss your specific legal situation.*

Appearing in Court for Individuals with Autism - PAAutism.org

Strategies for Justice System Professionals * Provide a visual schedule of the court day at least a day in advance to the individual with autism. * Give specifi...

PA Autism.org



Sign in

Dive deeper in AI Mode

This is for informational purposes only. For medical advice or diagnosis, consult a professional. AI responses may include mistakes. Learn more

Autism Society
https://autismsociety.org › uploads › 2021/11

## Americans with Disabilities Act Fact Sheet

PDF

The **ADA** provides civil rights protections to people with **autism** similar to those provided to individuals on the basis of race, color, sex, national origin, age, ...

## People also ask

Is autism covered under ADA for adults?

What is the legal protection for adults with autism?

How to prove autism as an adult?

What are the civil rights of autism?

Feedback

ADA.gov
https://www.ada.gov › resources › disability-rights-guide

## Guide to Disability Rights Laws

A brief overview of ten Federal laws that protect the rights of people with **disabilities** and the Federal agencies to contact for more **information**.

Discovery ABA
https://www.discoveryaba.com › aba-therapy › autism-l...

## Autism Laws and Policies: Legal Rights of Autistic Adults

Under the **Americans with Disabilities Act** (**ADA**), individuals with disabilities, including **autism**, are entitled to equal protection under the law. This means ...

Sign in

Adults with ASD: Deciding When to Disclose

Jun 16, 2010 — Every disclosure decision involves a careful weighing of pros and cons. Sharing **information** about an **ASD** may help people appreciate the ...
Missing: ~~appearance~~ | Show results with: appearance

Autism Society
https://autismsociety.org › resources › legal

Legal

Feb 17, 2025 — This page provides an overview of the major **disability** rights laws and legal services available to people with **Autism** spectrum disorder and their families.

ADA.gov
https://www.ada.gov › resources › effective-communicati...

ADA Requirements: Effective Communication

Jan 1, 2014 — This publication is designed to help title II and title III entities understand how the rules for effective communication apply to them.

Utah State Courts (.gov)
https://www.utcourts.gov › Home (English) › About Us

Accessibility Information

**You can receive reasonable accommodations from the courts** if you have a disability that limits one or more major life activity.

Virginia State Bar
https://vsb.org › articles › 20220303-invictus-autism

Make Justice Available to Autistic Individuals

Mar 3, 2022 — **Disabled individuals are entitled as a matter of law** to fully access and participate in our judicial systems.

CHOP Research Institute
https://www.research.chop.edu › car-autism-roadmap › t...

The Americans with Disabilities Act of 1990 (ADA)

Jun 17, 2020 — **Note: this article is written primarily about the **ADA** as it relates to individuals on the **autism** spectrum. There are other provisions of ...

Autism Speaks
https://www.autismspeaks.org › tool-kit-excerpt › what-a...

What are my rights as an adult with autism?

Sign in

Medicaid Home And Community... Social Security Section 504 Of The...

Sponsored

Autism Society
https://www.autismsociety.org › support › hotline

## Autism Info You Can Trust

**Autism** Helpline — Caregivers, get **Autism info** and local resources. Speak with a trained specialist today. Looking for **Autism** support? Call our helpline to access local services and programs.

Autism Support Services · Autism Support Hotline

Sponsored

nationalautismassociation.org
https://www.nationalautismassociation.org

## What is Autism - Autism Fact Sheet

Learn about **Autism** Spectrum Disorder. Discover important **facts** and statistics on **autism**. Learn more now. Nationwide Impact. Since 2003. 50,000+ Families Helped. Types: **Autism** Programs, **Autism** Resources, **Autism** Blog.

Signs of Autism · What is Autism? · Join NAA's mailing list · Autism Blog

## People also search for

- **What qualifies as an ADA disability**
- **How to apply** for **ADA protection**
- **ADA list of** disabilities pdf
- Autism **laws and policies**
- **Discrimination** autism **laws**
- **Violation of disability rights**
- Autism **ADA accommodations**
- **What is an ada in** court

1 2 3 4 5 6 7 8 9 10 Next

Sign in

Help Send feedback Privacy Terms

autism for adults info for court app

Sign in

All Images Short videos News Videos Forums More Tools

AI Overview

For an adult with autism appearing in court, it is crucial to inform all relevant parties about the diagnosis, prepare for the sensory and social challenges of the courtroom, and request specific reasonable accommodations. An autism diagnosis is always relevant to legal proceedings and can impact how an individual thinks, communicates, and understands others.

## How to approach the court appearance

### Inform your legal team and the court

- **Tell your attorney immediately.** Provide your lawyer with a written explanation of how autism affects you, including your communication style, sensory sensitivities, and any support needs.
- **Have your lawyer request accommodations.** Your attorney should contact the court's Americans with Disabilities Act (ADA) coordinator to file a request for reasonable accommodations well before the court date.
- **Bring documentation.** Presenting a comprehensive document from a psychologist or psychiatrist that details your diagnosis, symptoms, and the impact on your functioning can be very helpful.

### Educate court personnel

Providing information to court staff helps prevent misinterpretation of autistic behaviors, such as:

- **Lack of eye contact.** This is often a coping mechanism, not a sign of dishonesty or disrespect.
- **Repetitive movements.** Behaviors like hand-flapping or rocking are often self-calming strategies in high-stress situations.

- **Different processing times.** Autistic individuals may need extra time to process questions and respond.

## Address common courtroom misinterpretations

You or your attorney should educate the court about potential misinterpretations that can arise due to autism:

- **Literal interpretation:** Autistic people often take statements literally and may not understand sarcasm, metaphors, or irony.
- **Difficulty with abstract concepts:** Explanations of court procedures should be clear, concrete, and direct, avoiding ambiguous language.
- **Unexpected emotional responses:** Explanations may be needed for why an autistic individual's reaction to stress, danger, or empathy may appear atypical to a neurotypical observer.

## Prepare for the courtroom environment

- **Conduct a walkthrough:** If possible, visit the courtroom beforehand to reduce anxiety and familiarize yourself with the environment.
- **Anticipate sensory challenges:** Courtrooms can be noisy and have bright lights. Request accommodations like dimming lights if needed and be aware of loud sounds. Wearing noise-canceling headphones (with prior court approval) can help manage auditory sensitivity.
- **Create a visual schedule:** Prepare a step-by-step visual guide of the court day to help you anticipate transitions and manage anxiety.
- **Bring a support person:** Having a trusted family member or advocate present can provide calming support.

## Potential accommodations to request

Under the Americans with Disabilities Act (ADA), you are entitled to reasonable accommodations. Your attorney can request these on your behalf:

- **A Registered Intermediary:** In criminal cases, this professional can help phrase questions in a way that is understandable and interpret your responses.
- **Alternative testimony methods:** Depending on your communication needs, you may be able to provide written responses or use assistive technology.

- **Use of headphones:** Wearing headphones can block out distracting ambient noise in the courtroom.
- **Pre-interviewing court personnel:** Your lawyer can brief the judge, prosecutor, and bailiff about your autism to improve understanding.
- **Scheduled breaks:** Requesting frequent breaks can help prevent sensory and emotional overload.
- **Reduced stimuli in the environment:** Your lawyer can ask the court to minimize disruptive background noise and other distractions.

## How to act in court

- **Defer to your attorney:** Let your lawyer do most of the talking for you.
- **Listen carefully and use extra processing time:** Don't feel pressured to respond immediately. Allow yourself time to process questions, and if you don't understand, ask the speaker to repeat it.
- **Use clear, direct communication:** Answer questions as directly as possible. Avoid using irony or metaphors.
- **Follow instructions from your attorney:** If your lawyer kicks you under the table or otherwise signals you to stop, respect that direction, as they are managing the court's perception of you.
- **Don't worry about eye contact:** Remind yourself and have your attorney inform the court that lack of eye contact is not an indicator of deception.

Appearing in Court for Individuals with Autism - PAAutism.org

Strategies for Justice System Professionals * Provide a visual schedule of the court day at least a day in advance to the individual with autism. * Give specifi...



PA Autism.org

---

Judicial System | Autism Speaks

Quick facts for the judicial system * The diagnosis of autism spectrum disorder (autism, autism spectrum disorder, pervasive developmental disorders,...




Autism Speaks

---

Criminal Justice - a guide for police officers and professionals

Aug 14, 2020 — You can help manage the situation by: * switching off loud sirens and bright flashing lights. * keeping calm. Autistic people can often sense anxiety in other p...

National Autistic Society

Dive deeper in AI Mode

This is for informational purposes only. For medical advice or diagnosis, consult a professional. AI responses may include mistakes. Learn more

Sponsored

grafton.org
https://www.grafton.org

Adults with Autism - A Little Knowledge and a Lot of Hope -...

Over 60 years of experience serving people with complex behavioral health challenges. Innovative Solutions. Unlocking Potential.

About Grafton
Behavioral health care organization Serving adults and children.

Make a Referral

Make a Donation

Autism Speaks
https://www.autismspeaks.org › judicial-system

Judicial System

A diagnosis of autism spectrum disorder is **relevant to police and legal proceedings**, no matter how bright, high functioning, and/or verbal the person may be. A ...

People also ask

What is the 6 second rule for autism?

How to prove autism as an adult?

What is the legal protection for adults with autism?

What is a proof of autism document?

Feedback

Office of Children & Families in the Courts
https://ocfcpacourts.us › uploads › 2021/09 › 1.-T...

JUDGE'S GUIDE TO AUTISM PDF

The guide is divided into many parts including: What is **ASD**?, Screenings/Assessments,. Diagnosis, Supports, Evidence Based Treatments, Supports for the.

## Discussions and forums

How to handle being in a courtroom when I have autism

Quora · 6 answers · 8 months ago

Let your attorney do the talking. More ›

Top answer · 12 votes · 8...

I have found it best to disclose, verbally and in writing, depending on the circumstances. ... More ›

2 votes · 8 months ago

You have a good concern. I have never been called to court, thankfully, but I have always ... More ›

8 months ago

How should I indicate that someone has autism in a court filing?

Reddit · r/autism · 10+ comments · 3 years ago

When can autism be a criminal defense in court due to his/her mental ...

Quora · 3 answers · 2 years ago

See more ›

PA Autism.org
https://paautism.org › resource › appearing-in-court-ha...

Appearing in Court for Individuals with Autism

**Provide a visual schedule of the court day at least a day in advance** to the individual with autism; Give specific guidance on what to wear in court.

The Autism Community in Action
https://tacanow.org › family-resources › legal-planning-...

## Legal Planning and Autism

Petitioning the **court** for conservatorship or guardianship typically requires a lawyer and going to **court**. Check your state's requirements for using a lawyer.

Göteborgs universitet
https://www.gu.se › gnc › defendants-with-autism-spect...

## Defendants with Autism Spectrum Disorder in the Courtroom

Mar 4, 2020 — **Defendants with ASD can display a range of behaviours or expressions** during the court proceedings which may make them appear bizarre, odd and ...

Aaron Delgado & Associates
https://www.communitylawfirm.com › blog › autism-an...

## Autism and the Law—What You Should Know

**Learn how autistic individuals can navigate the criminal justice system** with clarity, support, and the legal rights they're entitled to at every step.

Washington State Courts (.gov)
https://www.courts.wa.gov › public › Supporting-...

## Supporting Individuals with Autism in Court: Tools and ...

PDF

Addressing these gaps means better screening, earlier diversion, disability-informed training for all personnel, and individualized accommodations from the ...

Kennedy Krieger Institute
https://www.kennedykrieger.org › stories › deciding_wh...

## Adults with ASD: Deciding When to Disclose

Jun 16, 2010 — In this article, we discuss the potential benefits and the inherent risks that go hand-in-hand with self-disclosure of **ASD** in different situations.

Missing: ~~appearance~~ | Show results with: appearance

National Autistic Society
https://www.autism.org.uk › ... › Criminal Justice

## Criminal Justice - a guide for autistic adults

Aug 14, 2020 — In this guide you will find **information** about what might happen if you are the victim or witness of a crime including **information** about ...

**Sponsored**

scottishautism.org
https://www.scottishautism.org

## Help for Autistic Adults

Elevate is here — Get confidential, **autism**-specific support for individuals, families & professionals. Discover services from diagnosis to support in adulthood – we're here every step. Discover Our Services. Get Support. Work With Us. Donate Today to Help. Fundraise.

**Sponsored**

nationalautismassociation.org
https://www.nationalautismassociation.org

What is Autism - Autism Fact Sheet

Learn about **Autism** Spectrum Disorder. Discover important **facts** and statistics on **autism**. Learn more now. Nationwide Impact. Since 2003. 50,000+ Families Helped. Types: **Autism** Programs, **Autism** Resources, **Autism** Blog.

Signs of Autism · What is Autism? · Autism Blog · Join NAA's mailing list

## People also search for

- **High-functioning** autism **and crime**
- **Can you go to jail if you have** autism
- Court **cases involving** Autism
- **Legal disadvantages of** autism **diagnosis**
- Autism **and criminal responsibility**
- **Free** autism **lawyers**
- Autism **criminal defense attorney**
- Autism **and sentencing**

1 2 3 4 5 6 7 8 9 10 Next

**84025, Utah** - From your IP address - Update location

Help Send feedback Privacy Terms

# Autism Symptoms and Diagnosis in Adults

The mean age of autism diagnosis in the US and UK is 4 to 5, though later diagnoses do occur (Zwiagenbaum et al., 2019). Age at diagnosis depends upon variables such as symptom severity, socioeconomic status, and initial parental concerns or misidentification of symptoms as behavioral issues (Fountain et al., 2011; Shattuck et al., 2009). Typically individuals with more severe symptom challenges receive an autism diagnosis early in life compared to those with subtle symptomatic differences (Zwiagenbaum et al., 2019; Edelson et al., 2020). Those diagnosed later in life are thought

to have less severe symptoms and a higher likelihood of reaching self-sufficiency and functionality (Jones et al., 2014). However, this successful adaptation to symptoms often masks an autism diagnosis and leaves many of these individuals to experience autism-related health issues without understanding the root cause (Griffith et al., 2012).




Autism was first recognized in the *Diagnostic and Statistical Manual for Mental Disorders* in 1980 and until recently was understood only as a pediatric condition (Verhoeff, 2013); this left potentially significant numbers of teenagers and adults (now adults and seniors) under- or misdiagnosed for decades. As our understanding of autism and its prevalence has evolved, mid-to-late life diagnosis has become a more important topic in autism research (Au-Yeng et al., 2018). Presently, reliable assessments and diagnostic measures specific to older age groups have yet to be developed and widely accepted (Wingham et al., 2019). Edelson et

al. (2020) presuppose that the current lack of a diagnosis may be due to insufficient healthcare training surrounding the medical and social/emotional needs and the communication, sensory and behavioral challenges faced by adults on the spectrum. They call for a greater focus on validated diagnostic assessments for adults and seniors with autism in order to provide sufficient medical and social support for these individuals.

# Autism Symptoms in Adults

"Classic" symptoms of autism in children are not always present in adults on the spectrum, especially in those underdiagnosed as children (Lewis, 2018). Adults on the spectrum commonly exhibit symptoms related to social and communication difficulties, repetitive behaviors, sensory processing difficulties, and issues with executive function and theory of mind. Short descriptions and lists of common symptoms in adults are listed below (Autism Speaks, 2015; Lewis, 2018).

## Social Symptoms

Social difficulties include issues with communication and understanding, which sometimes makes the ordinary exchange process of social conversation difficult. It is often difficult for adults with autism to see things from another point

of view and interpret nonverbal communications such as eye-rolling, shoulder shrugging, or other facial expressions.

Examples include:

- May be prone to unintentional social blunders, misspeaking;
- Somewhat flat affect, or unique nonverbal emotional display;
- Experiences challenges maintaining conversations and staying on topic – responding with long monologues or extremely short answers;
- Language for social interaction is occasionally stilted;
- Difficulty articulating personal thoughts;
- Intense memory of details – such as facts or names;
- Needs support to understand figurative language – may be more comfortable taking things literally.

## Repetitive Behaviors

Repetitive behaviors include restricted schedules and activities, strict layouts and consistency of surrounding environments, and intense interests or obsessions. Often repetitive behaviors are responses to overstimulation and signs of sensory processing issues.

Examples include:

- Self-stimulatory behavior like hand rubbing on thigh/finger rubbing in pockets or foot-tapping;
- Preference for sameness and routine – may experience stress or outbursts when these are interrupted;
- Dressing in comfortable clothes that may contradict social expectations;
- Susceptible to distraction by sounds or visual effects.

## Executive Function

Executive function refers to abilities and skills related to planning, organizing, attention maintenance, and self-regulation. Adults on the spectrum may experience challenges with complex planning and thinking, making it difficult to see "big-picture" ideas into which their intense subjects of focus fit.

Examples include:

- Needs support to set long-term goals and schedules;
- May be unintentionally late or forget appointments;
- Experiences challenges understanding broad theories while mastering minute details;
- Needs encouragement and support to understand other people's expectations and perspectives.

# Is it Autism?

These symptoms do not categorically evidence an autism diagnosis. However, it is essential to note that autism is frequently accompanied by at least one co-occurring condition such as ADHD, anxiety, depression, gastrointestinal and immune function disorders, or epilepsy. If you have/currently suffer from a combination of these conditions (diagnosed or not), discussing the possibility of autism screening and diagnosis with your practitioner could supply answers and understanding to some health issues.

There is, to date, no laboratory test for autism. Autism screenings include questionnaires and observations to assess which symptoms are present and their severity. After an initial assessment, your clinician will likely refer you to a specialist team for proper autism screening and diagnosis.

Not all adults who identify with autism symptoms seek out a clinical diagnosis. That remains a personal choice, and there are benefits to both decisions. However, consulting with your general practitioner can help you better understand and manage autism symptoms even without a clinical diagnosis.

How To Pursue an Autism Diagnosis as an Adult – *From the Cleveland Clinic*

# Post Diagnosis

Many autism services and programs are only available to those with a clinical diagnosis. After receiving an autism diagnosis, you can collaborate with your doctor to identify treatments and services specific to your needs. Getting involved in your communities can help you better understand autism and provide access to support through local groups and services designed specifically for individuals with your strengths and talents.

Our adult webinar page is a useful source of evidence-based information and resources for adults diagnosed with autism.

Understanding Autism through the Lens of Sensorimotor Features and Early-Developing ain Regions

Animal Models of Autism Spectrum Disorder: Foundations for Translational

Vasopressin Biology in Autism: From Biomarker to Treatment Target

October 8th, 2025 | Biomarkers, Health, Medical Care,

March 11th, 2026 | Health, Medical Care, Neurological, Research, Research, Sensory, Webinar

Free webinar at 1:00 p.m. Eastern time (US), March 11, 2026 Sensorimotor differences are commonly reported in autistic individuals. However, the daily-life impact and neurobiological basis of motor differences are not clear. This

## Therapeutic Research

October 29th, 2025 | Auditory, Health, Medical Care, Neurological, Research, Research, Sensory, Webinar

SPECIAL TIME - Free webinar at 11:30 a.m. Eastern time (US), October 29, 2025 Tune in to hear Adrien Eshraghi, MD, MSc, FACS, a 2022 ARI grant recipient, discuss the ongoing translational research in

Neurological, Research, Research, Webinar

Free webinar at 1:00 p.m. Eastern time (US), October 8, 2025 This webinar will: · Describe scientific barriers to progress in developing laboratory-based diagnostic tests and new medications for patients with autism spectrum

## Management of Otolaryngology Co-Occurring Conditions Associated with Autism

October 1st, 2025 | Auditory, Health, Medical Care, Neurological, Research, Research, ;ory, Webinar

## Auditory Sensitivities in Autism

September 16th, 2025 | Anxiety, Auditory, Health, Medical Care, Meltdowns, Neurological, Research, Research, Sensory, Webinar

Adam Naples, PhD, a 2022 ARI research grant recipient, shares research updates on

## Editorial: Navigating New Territory - The Growing Focus on Autistic Seniors

September 10th, 2025 | News, Uncategorized

This editorial originally appeared in ARI's Autism Research Review

SPECIAL TIME - Free webinar at 11:30 a.m. Eastern time (US), October 1, 2025 Tune in to hear Adrien Eshraghi, MD, MSc, FACS, a 2022 ARI grant recipient, discuss the management of otolaryngology

auditory sensitivities in autism. About the speaker: Adam Naples, PhD, is

International – now available online. Visit the ARRI Online to continue reading this issue and more. VISIT THE ARRI ONLINE

Autism Treatment Evaluation Checklist (ATEC) FAQ Autism News Contact
Privacy & Nondiscrimination Policies / Terms of Service
Autism Research Review International Mission Statement
Autism Research Institute Staff Financial Information About Autism Research Institute

DONATE SUBSCRIBE

© 1967-2025 Autism Research Institute. All rights reserved. ARI does not provide medical advice, diagnosis, or treatment.
ARI is a non-profit 501(c)(3) organization, Federal ID #95-2548452

Harvard Health Publishing

HarvardHealthOnline+

RECENT ARTICLES



Acupuncture for pain relief: How it works and what to expect



How to avoid jet lag: Tips fr staying alert when you travel

MIND & MOOD

# Autism: The challenges and opportunities of an adult diagnosis

December 3, 2024

**By Hallie Levine**, Health Writer

> Reviewed by **Stephanie Collier, MD, MPH**, Contributor; Editorial Advisory Board Member, Harvard Health Publishing

×

Stay on top of latest health news from Harvard Medical School.

Plus, get a FREE copy of **25 Gut Health Hacks**.

Enter Your Email

SIGN ME UP

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.



It's estimated that about 2.2% of people over the age of 18 have autism spectrum disorder (ASD). New research suggests that diagnoses of adults are on the rise, with the greatest increase in diagnosis rates occurring among people ages 26 to 34. According to **a study** published in *JAMA Network Open*, the rate of diagnosis in this age group increased by 450% from 2011 to 2022.

Receiving an autism diagnosis in adulthood can be challenging. But it can also present areas of opportunity and support.

## What is autism spectrum disorder (ASD)?

ASD is a neurological and developmental condition caused by differences in the brain. It

Stay on top of latest health news from Harvard Medical School.
Plus, get a FREE copy of **25 Gut Health Hacks**.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

## You may be interested in...




### Understanding Depression

Depression is more than a passing bout of sadness or dejection, or feeling down in the dumps. It can leave you feeling continuously burdened and can sap the joy out of once-pleasurable activities. In Understanding Depression, find out how effective treatment can lighten your mood, strengthen your connections with loved ones, allow you to find satisfaction in interests and hobbies, and make you feel more like yourself again.

LEARN MORE

People with ASD have a wide range of strengths, needs, abilities, and challenges. Some have a normal or even high IQ, and are able to work and live independently. Others may be nonverbal and require significant support. Abilities may also vary within an individual; for example, an autistic person may have a high IQ but experience major challenges with social interactions.

## Symptoms of autism

There are many different symptoms of autism, and they vary from person to person. In general, people with autism have challenges in two main areas.

Stay on top of latest health news from Harvard Medical School.

Plus, get a FREE copy of **25 Gut Health Hacks**.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

- make eye contact
- interpret body language
- regulate their tone of voice — they may speak too loudly, or in a monotone
- make friends
- manage social situations.

**Restricted and repetitive behavior.** These can include:

- Repetitive movements, speech, or play. This can take the form of repetitive body motions like rocking back and forth or flapping hands. (These behaviors can be a form of self-soothing.) Some people may repeat words or phrases, which is known as echolalia.
- Need for routine. Many people with ASD find comfort in a predictable daily schedule. Even small changes may be distressing.
- Intense, focused interest in specific topics, numbers, details, or facts.
- Sensory differences. Some people with ASD are unusually sensitive to light, sound, or temperature, while others may take little or no notice of them.

People with ASD also have many strengths. They may have an excellent memory and the ability to learn things in detail. They often do well in subjects like math, science, music, or art.

## How autism symptoms in adults may be different than symptoms in children

Autism symptoms in adults are similar to those seen in children. But adults with ASD may have learned to suppress their autistic behaviors and characteristics. This is known as

Stay on top of latest health news from Harvard Medical School.

Plus, get a FREE copy of **25 Gut Health Hacks.**

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Adults with ASD also prefer order and routine. Slight changes may stress them out or even make them angry. They may also have intense, specific interests.

These symptoms can wax and wane over time. They may worsen during times of stress or major life change, like going off to college, getting a new job, or getting married or divorced.

Adults with ASD may also be more likely to experience mental health conditions such as anxiety or depression. One study found that people who aren't diagnosed with ASD until adulthood are almost three times as likely to be diagnosed with a mood, anxiety, or personality disorder than those who were diagnosed in childhood.

## Diagnosing autism in adults

It's likely that many adults with ASD were never formally diagnosed as children and still may not have a diagnosis. If you suspect that you or a loved one may be autistic, a neuropsychologist or a psychologist or psychiatrist who specializes in ASD is the best provider for a diagnosis.

There's no single test for autism. Instead, the clinician will take a thorough medical history, ask detailed questions, and perform various assessments. A combination of these, rather than a single test or tool, should be used to make an autism diagnosis.

Here's what to expect:

**Questions about childhood.** The clinician will want to know about the person's childhood. To get a full picture, they may want to speak with parents or siblings.

**Questions about the present.** The clinician will want to get a sense of the person's social and communication skills. They may ask about their job, interests, friendships, and relationships. They will also likely screen for conditions such as depression, anxiety, and

Stay on top of latest health news from Harvard Medical School.
Plus, get a FREE copy of **25 Gut Health Hacks**.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

an hourlong interview, during which the clinician observes aspects of the individual's social behavior. This test requires training and certification to administer, but can still miss signs in adults who are good at masking symptoms. Another assessment is the Childhood Autism Rating Scale (CARS). Despite its name, this test is also validated in adults.

## Challenges of an autism diagnosis

Getting an autism diagnosis as an adult can be challenging. Here are some obstacles you may encounter:

**Few providers.** There aren't many clinicians who diagnose and treat adults with autism. Your primary care physician may be able to provide a referral. Another option is to reach out to local autism centers to see if they diagnose and treat adults. Autism Speaks also has a referral guide to help find a local provider.

**Cost.** Providers charge anywhere from $2,000 to $6,000 for an evaluation, and not all of them take insurance. Always call ahead to find out what your health insurance plan covers. Some clinicians and centers offer sliding scale payments.

**Time.** It may take several months — even a year or more — to get an appointment.

**Identity.** Even if you've always suspected that you may be autistic, a formal diagnosis can challenge your perception of who you are. It can take time to adjust. A mental health professional can help you work through accepting your diagnosis.

## How an autism diagnosis can help

There are also benefits to a later-in-life diagnosis of ASD.

Stay on top of latest health news from Harvard Medical School.

Plus, get a FREE copy of **25 Gut Health Hacks**.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

A type of therapy called cognitive behavioral therapy (CBT) can be used to address co-occuring anxiety, depression, and sleep problems, and can also help with everyday problem-solving. Autism Speaks has a resource guide to help identify local therapists.

There can also be a role for medications. While medications cannot cure ASD, certain supplements and prescription medications may help manage symptoms associated with the condition. For example, omega-3 fatty acid supplements may help with ASD-associated irritability. The following drug classes may also be prescribed to relieve other symptoms that occur in people with ASD:

- selective serotonin reuptake inhibitors (SSRIs) to reduce repetitive behaviors and decrease anxiety, depression, irritability, tantrums, and aggression
- antipsychotic drugs to reduce repetitive actions and minimize aggression
- stimulants to increase focus and decrease hyperactivity.

## Other benefits

Other potential benefits of a later-in-life autism diagnosis include:

**Self-acceptance.** An ASD diagnosis can help explain why certain things, such as social interactions or bright lights, have always been a challenge. It can make a person feel empowered, and give them a better understanding of both their strengths and their challenges.

**Access to services.** An ASD diagnosis may help an adult get insurance coverage for (or at least access to) therapies for specific challenges — for example, occupational therapy to learn to better cope with sensory issues, or social skills groups where adults can practice communicating with others.

**Better work protection.** Under the Americans with Disabilities Act (ADA), adults with ASD

Stay on top of latest health news from Harvard Medical School.

Plus, get a FREE copy of **25 Gut Health Hacks**.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

# Strategies, support, and services after an autism diagnosis

There are many resources available after an adult receives an autism diagnosis.

**Work assistance.** People with ASD may find it hard to get and keep a job. They may be eligible for vocational rehabilitation (VR) services. A VR counselor can help identify solutions to challenges in the workplace. Those who are unable to work can apply for Supplemental Security Income (SSI), a monthly payment provided to people with disabilities with little to no income or resources.

**Support groups.** There are many online and in-person support groups and social events for adults with autism.

**Individual or group coaching.** Groups like the Association for Autism and Neurodiversity offer coaches who can work with adults with autism to help them improve their executive functioning and communication skills.

## About the Author



**Hallie Levine**, Health Writer

Hallie Levine is an award-winning health and medical journalist whose work has been published in The New York Times, Consumer Reports, Oprah, and WebMD, among others. She lives with her three children and gregarious yellow labrador ... See Full Bio

View all posts by Hallie Levine

Stay on top of latest health news from Harvard Medical School.

Plus, get a FREE copy of **25 Gut Health Hacks.**

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.



**Stephanie Collier, MD, MPH**, Contributor; Editorial Advisory Board Member, Harvard Health Publishing

Dr. Stephanie Collier is the director of education in the division of geriatric psychiatry at McLean Hospital; consulting psychiatrist for the population health management team at Newton-Wellesley Hospital; and instructor in psychiatry at Harvard Medical School. ... See Full Bio

View all posts by Stephanie Collier, MD, MPH

**Disclaimer:**

As a service to our readers, Harvard Health Publishing provides access to our library of archived content. Please note the date of last review or update on all articles.

**No content on this site, regardless of date, should ever be used as a substitute for direct medical advice from your doctor or other qualified clinician.**

---

## Related Topics

HHO+

Harvard Health Publishing
HARVARD MEDICAL SCHOOL

MIND & MOOD



MIND & MOOD

Stay on top of latest health news from Harvard Medical School.

Plus, get a FREE copy of **25 Gut Health Hacks**.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.



MIND & MOOD

## FDA approves new autism diagnostic aid

AUTISM

FREE HEALTHBEAT SIGNUP

## Get the latest in health news delivered to your inbox!

SIGN UP

Harvard Health Publishing
HARVARD MEDICAL SCHOOL

Stay on top of latest health news from Harvard Medical School.

Plus, get a FREE copy of **25 Gut Health Hacks**.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.