# United States District Court

District of Utah

Alexander Harrison West

Plaintiff,

v.

PF Changs China Bistro

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:25-cv-150-DBP

IT IS ORDERED AND ADJUDGED

that this matter is dismissed.

Dated: April 16, 2026.

By the Court:

Dustin B. Pead
United States Magistrate Judge